IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01818-WDM-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

SUN COUNTRY ENTERPRISES, INC. and
BERNARD J. MUSSO, JR.,

    Defendants.
_____

**ORDER**
_____

    This matter is before me on the Joint Motion for Dismissal with Prejudice (Doc. No. 28) filed by Plaintiff through its attorney and by the *pro se* Defendant Bernard J. Musso, purportedly on behalf of himself and Sun Country Enterprises, Inc. There is no indication that Defendant Musso is an attorney. I note that Mr. Musso filed an answer in this matter on behalf of himself and as President for Defendant Sun Country Enterprises, Inc. A legal entity may not appear *pro se* in this court. *See* D.C.COLO.LCivR 11.1A. Accordingly, the answer filed on behalf of the alleged corporate defendant should have been stricken. Nevertheless, I interpret the motion as effectively being a voluntary dismissal by the Plaintiff against the corporate defendant pursuant to Fed. R. Civ. P. 41(a)(1) after the answer has been stricken.

    Accordingly, it is ordered:

    1. The answer filed on behalf of Sun Country, Enterprises, Inc. as Doc. No. 12 is

stricken as to that defendant;

      2. As to Defendant Sun Country Enterprises, Inc., the joint motion for dismissal (Doc. No. 28) is construed as a voluntary dismissal with prejudice of the Plaintiff's claims against said corporate defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I);

      3. As to Defendant Musso, the joint motion (Doc. No. 28) is granted; and

      4. This case shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

      DATED at Denver, Colorado on April 7, 2010

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge